IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHELTON FOSTER,                ) | |
|                               ) | |
|     Plaintiff,                ) | |
|                               ) | CIVIL ACTION NO. |
|     v.                        ) | 2:15cv786-MHT |
|                               ) | (WO) |
| DENNIS MEEKS, et al.,         ) | |
|                               ) | |
|     Defendants.               ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a Covington County Jail inmate, filed this lawsuit complaining about a wide range of conditions of confinement at the jail.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against defendant Dr. Millard McWhorter be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of January, 2016.

                       /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**