IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SHELTON FOSTER,               )
                              )
    Plaintiff,                )
                              )
    v.                        )    CIVIL ACTION NO.
                              )      2:15cv786-MHT
                              )         (WO)
DENNIS MEEKS, et al.,         )
                              )
    Defendants.               )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 31) is adopted.

(2) The plaintiff's claims against defendant Dr. Millard McWhorter are dismissed, and defendant McWhorter is dismissed and terminated as a party to this case.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 12th day of January, 2016.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**