IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHELTON FOSTER,           )<br>                           )<br>    Plaintiff,           )<br>                           )<br>    v.                     )<br>                           )<br>DENNIS MEEKS, et al.,      )<br>                           )<br>    Defendants.            ) | CIVIL ACTION NO.<br>2:15cv786-MHT<br>(WO) |

### JUDGMENT

On August 24, 2016, defendants Southern Health Partners, Jennifer Reeves, and Diane Williams filed a motion to dismiss (doc. no. 60) the amended complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff Shelton Foster filed a response (doc. no. 64) in which he concedes that the claims against defendant Reeves (called "Nurse Jennifer" in the complaint) are due to be dismissed.

Accordingly, it is ORDERED that the motion to dismiss (doc. no. 60) is granted only as to defendant Jennifer Reeves, and that "Nurse Jennifer" is dismissed without prejudice and terminated as a party to this

action, with no costs taxed.

The motion to dismiss (doc. no. 60) remains pending as to the other defendants.

This case is not closed and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 15th day of November, 2016.

                               /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE