IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SHELTON FOSTER,                )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )        2:15cv786-MHT
                               )             (WO)
DENNIS MEEKS, et al.,          )
                               )
     Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 76) is adopted with the clarification noted, and to the extent set forth, in the opinion entered today.

(2) The motion to dismiss filed by defendants Southern Health Partners and Diane Williams (originally referred to as "Nurse Diane") (doc. no. 60) is granted, and said defendants are dismissed.

(3) The motion for summary judgment filed by defendants Southern Health Partners and Williams (doc. no. 72) is denied as moot.

(4) The motion to dismiss filed by defendants Dennis Meeks and Preston Hughes (doc. no. 59) is denied.

(5) The motion for summary judgment filed by defendants Dennis Meeks and Preston Hughes (doc. no. 70) is granted.

(6) To the extent plaintiff Shelton Foster petitions for a writ of habeas corpus, the request is dismissed without prejudice.

(7) Plaintiff Foster's state-law claim are dismissed without prejudice.

(8) Judgment is entered for defendants Meeks and Hughes and against plaintiff Foster on his claims against them pursuant to 42 U.S.C. § 1983, with plaintiff Foster taking nothing by his complaint on those claims.

(9) Any remaining claims are dismissed with prejudice.

It is further ORDERED that costs are taxed against plaintiff Foster, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of February, 2017.

                  /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE